JACOB E. FOX, *Respondent v.* WILLIAM H. ABBOTT, *Appellant.* — Judgment affirmed. Opinion by SMITH, P. J.; HARDIN, J., not sitting.

HARVEY ROBINSON, *Respondent, v.* WILLIAM P. SABEY, *Appellant.* — Judgment affirmed. Opinion by SMITH, P. J.

JONATHAN L. BOOTH, *Respondent, v.* CHARLES E. PATRICK, *Appellant.* — Judgment affirmed. Opinion by HARDIN, J.

LEWIS N. PUTNAM, *Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Judgment and order affirmed. Opinion by BARKER, J.

EDWARD B. VAN DUSEN, *Respondent, v.* NATHANIEL N. SMITH, *Appellant.* — Order appealed from reversed, with ten dollars costs and disbursements.

GEORGE N. GILBERT, *Respondent, v.* SHADRACH GROFF, *as Administrator, etc., Appellant.* — Motion for leave to appeal to the Court of Appeals denied.

EBENEZER WILLIAMS, *Appellant, v.* GEORGE L. DAVIS, *as Executor, etc., Respondent.* — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by HARDIN, J., and dissenting opinion by HAIGHT, J.

IRA L. OTIS and others, *Respondents, v.* GEORGE KEITH and others, *Appellants.* — Order reversed, with ten dollars costs and disbursements, with leave to defendant to renew the motion.

EDWARD P. STUART, *as Trustee, etc., Respondent, v.* THOMAS J. PATTERSON and others, *Appellants.* — Orders appealed from affirmed, with ten dollars costs and disbursements in one case.

IN THE MATTER OF THE APPLICATION OF DE WITT C. LUCE, *Administrator.* — Order appealed from reversed, with ten dollars costs and disbursements, to be paid by the administrator out of the estate, and proceedings remitted to the Surrogates' Court.

WILLIAM A. JENKINS, *Appellant, v.* JOHN N. WELCH, *Respondent.* — Motion denied, without costs.

THE WOODVILLE BAPTIST CHURCH, *Appellant, v.* THE SAME, *Respondent.* — The like order in all respects.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THOMAS RUTHERFORD *v.* THE VILLAGE OF HOLLEY, etc. — Motion for reargument denied.